JS - 6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO EDGARDO CASTRO RIVERA, Petitioner, v. WARDEN FACILITY ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER, et al., Respondents. | Case No. ED CV 26-4922 FMO (AYP) **JUDGMENT** |

Pursuant to the Order Re: Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondents shall release petitioner Gustavo Edgardo Castro Rivera (A# 208-445-040) forthwith under reasonable conditions of supervision provided under 8 U.S.C. § 1231(a)(3), and with all personal effects seized from petitioner, including all identification documents and immigration documentation.

2. Respondents shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

3. Respondents shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government bears

the burden of proving petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner. Should respondents take steps to remove petitioner to a third country, respondents shall not remove petitioner to any third country without providing petitioner and his counsel written notice and affording petitioner a meaningful opportunity to seek any available fear-based protections or relief.

4. The court shall retain jurisdiction over this case to enforce compliance with this Judgment.

5. The above-captioned action is dismissed without prejudice.

Dated this 23rd day of October, 2026.

/s/

Fernando M. Olguin
United States District Judge